```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     PANAMA CITY DIVISION
```

IN RE:                                CASE NO. 08-50349-PCY5
                                      CHAPTER 13
STEPHEN ALLAIN
HOLLY ALLAIN

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: PROFESSIONAL DEBT MEDIATION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410423 in the amount of 180.54 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

          /s/Leigh D. Hart or
          /s/William J. Miller, Jr.
            OFFICE OF THE CHAPTER 13 TRUSTEE
            POST OFFICE BOX 646
            TALLAHASSEE, FL 32302
            ldhecf@earthlink.net
            (850) 681-2734 "Telephone"
            (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| STEPHEN ALLAIN | PROFESSIONAL DEBT MEDIATION |
| HOLLY ALLAIN | INC. |
| 415 HIDDEN ISLAND DRIVE | 4161 CARMICHAEL AVE. SUITE 156 |
| PANAMA CITY, FL 32408 | JACKSONVILLE, FL 32207 |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

          /s/Leigh D. Hart or
          /s/William J. Miller, Jr.
3/31/2011 12:18 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE